**UNITED STATES of America,
Appellee,**

v.

**Joshua David RITTER, also known
as Stinky, Appellant.**

No. 07–3398.

United States Court of Appeals,
Eighth Circuit.

Submitted: April 14, 2008.

Filed: April 18, 2008.

Richard L. Murphy, Assistant U.S. Attorney, U.S. Attorney's Office, Cedar Rapids, IA, for Plaintiff–Appellee.

Stephen Arthur Swift, Klinger & Robinson, Cedar Rapids, IA, for Defendant–Appellant.

Joshua David Ritter, Bremer County Jail, Waverly, IA, pro se.

Before WOLLMAN, RILEY, and GRUENDER, Circuit Judges.

PER CURIAM.

After revoking his supervised release, the district court [1] sentenced Joshua David Ritter to 8 months in prison and 12 months of supervised release. Ritter appeals, arguing first that his sentence is unreasonable and, second, that the district court lacked authority to order him to reside at a residential re-entry center after his release from prison.

We conclude that the sentence, which was within the statutory maximum and resulted from the district court's consideration of appropriate factors under 18 U.S.C. § 3553(a), is not unreasonable. *See United States v. Nelson*, 453 F.3d 1004, 1006 (8th Cir.2006) (appellate court reviews revocation sentence to determine whether it is unreasonable in relation to, inter alia, § 3553(a) factors and advisory Guidelines range). Ritter's second argument is meritless. *See United States v. Griner*, 358 F.3d 979, 981–82 (8th Cir.2004) (18 U.S.C. § 3583(d) "continues to include community corrections confinement as a discretionary condition of supervised release").

Accordingly, we affirm.

---

1. The Honorable Linda R. Reade, Chief Judge, United States District Court for the Northern District of Iowa.